| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|  | DONALD DAVIDSON (SBN 231908) |
| 2 | KEVIN J. WOODS (SBN 214819) |
|  | SARAH L. BISHOP (SBN 258051) |
| 3 | Three Embarcadero Center |
|  | San Francisco, CA  94111 |
| 4 | Telephone: 415-393-2000 |
|  | Fax: 415-393-2286 |
| 5 | donald.davidson@bingham.com |
|  | kevin.woods@bingham.com |
| 6 | sarah.bishop@bingham.com |
| 7 | BINGHAM McCUTCHEN LLP |
|  | MICHAEL D. BLANCHARD (*pro hac vice*) |
| 8 | One State Street |
|  | Hartford, CT 06103-3178 |
| 9 | T 860.240.2700 |
|  | F 860.240.2800 |
| 10 | michael.blanchard@bingham.com |
| 11 | Attorneys for Defendants |
|  | Wells Fargo Advisors, LLC and Wells Fargo Advisors |
| 12 | Financial Network, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated, | No. CV 11 00412 SC |
| 17 | | |
| 18 | Plaintiff, | **JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING** |
|  | v. | |
| 19 | | |
| 20 | WACHOVIA SECURITIES, LLC; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC; WELLS FARGO ADVISORS, LLC; and WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, | |
| 21 | | Place:   Courtroom 1 |
|  | | Judge:   Hon. Samuel Conti |
| 22 | Defendants. | |
| 23 | | |

24

25      This Stipulation is entered into by and among plaintiff Brent Balkema, on the one

26 hand, and defendants Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network,

27 LLC, on the other hand, with the following facts:

28

A/74440905.1

A. Plaintiff filed his Complaint in the above-captioned matter in the Southern District of Indiana on or about November 23, 2009;

B. Defendants filed their Motion To Dismiss Plaintiff's Complaint in the Southern District of Indiana on or about May 3, 2010;

C. The case was transferred to this Court with Defendants' Motion still pending on January 28, 2011;

D. At the Court's instruction, Defendants refiled their Motion in this Court on April 19, 2011;

E. The Court denied Defendants' Motion and consolidated this action with the related proceeding, *Kagan et al. v. Wachovia Securities, LLC et al.* (No. CV 09-5337 SC) on July 5, 2011;

F. The parties have stipulated, and the Court has ordered, that the deadlines pertaining to Plaintiffs' Motion for Class Action Certification shall be extended into August, 2011 (*see* Docket Entry 74);

**IT IS HEREBY STIPULATED AND AGREED as follows**:

1. Defendants' response to Plaintiff's Complaint is currently due on Tuesday July 19, 2011;

2. During the last several weeks, the parties have engaged in extensive good faith settlement discussions and have agreed on the framework in principle for reaching a final settlement agreement. The parties anticipate that they will complete their negotiations before the deadlines agreed to in the Stipulation and Order signed by the Court on June 23, 2011 (Docket Entry 74);

3. Should the parties reach an agreement on a final settlement, Defendants' response to Plaintiff's Complaint will be moot and the parties do not wish to burden the Court with unnecessary filings;

//

//

//

4. The parties jointly request that the deadline for Defendants' response to Plaintiff's Complaint be extended to August 5, 2011.

DATED: July 15, 2011          Bingham McCutchen LLP

By: _____/s/ Sarah L. Bishop_____
Donald S. Davidson
Michael D. Blanchard
Kevin J. Woods
Sarah L. Bishop
Attorneys for Defendants

DATED: July 15, 2011          Kabateck Brown Kellner LLP

By _____/s/ Karen Liao_____
Richard L. Kellner
Karen Liao
Attorneys for Plaintiffs

I, Sarah L. Bishop, attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature within this efiled document.

**IT IS SO ORDERED.**

Defendants shall file an Answer to the Complaint on or before August 5, 2011.

DATED: July 18, 2011          _____
                              IT IS SO ORDERED
                              Judge Samuel Conti
                              United States District Court Judge

A/74440905.1                              3

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
CV 11 00412 SC